**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| **MARY DOUGLAS,** | **CASE NO. 04-41551 BL** |
| Debtor. | JUDGE Bruce W. Black (Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT
    Will County Court Annex
    57 N. Ottawa Street
    Room 201
    Joliet, Illinois 60432

    On: **August 24, 2007**

    At: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                    $        15,160.09

    b. Disbursements                               $           500.00

    c. Net Cash Available for Distribution         $        14,660.09

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $2,266.01 | |
| MICHAEL G. BERLAND (Trustee Expenses) | 0.00 | | $22.50 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

7. Claims of general unsecured creditors totaling $32,207.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 38.41%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank | $ 8,259.06 | $ 3,172.47 |
| 2 | SMC | $ 1,386.36 | $ 532.53 |
| 3 | World Financial Network National Bank | $ 2,537.17 | $ 974.58 |
| 4 | Citibank (South Dakota) NA | $ 20,025.03 | $ 7,692.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:


Dated:  **July 31, 2007**               For the Court,


                              By **KENNETH S GARDNER**
                                 Kenneth S. Gardner
                                 Clerk of the United States Bankruptcy Court
                                 219 S. Dearborn Street; 7th Floor
                                 Chicago, IL  60604

Trustee:    MICHAEL G. BERLAND
Address:    One NORTH LASALLE STREET
            Suite 1775
            CHICAGO, IL  60602

Phone No.:  (312) 855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 04-41551   Doc 33   Filed 07/31/07   Entered 08/03/07 00:47:35   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1            Date Rcvd: Jul 31, 2007
Case: 04-41551                Form ID: pdf002          Total Served: 22

The following entities were served by first class mail on Aug 02, 2007.
db          +Mary Douglas,   513 N Pinecrest,   Bolingbrook, IL 60440-2139
aty         +Ronald D Cummings,   Law Office of Ronald D Cummings,   121 Springfield Avenue,
              Joliet, IL 60435-6561
tr          +Michael G Berland,   1 N LaSalle St,   No.1775,   Chicago, IL 60602-4065
8668322      ABN-AMRO,   Dept. 8241,   135 South LaSalle Street,   Chicago, IL 60674-8241
8668324      Bank One,   First USA Bank N.A.,   P.O. Box 50882,   Henderson, NV 89016-0882
8668325      Carson Pirie Scott,   P.O. Box 17633,   Baltimore, MD 21297-1633
8668326      Cendant Mortgage,   Equity Accelerator Processing Ctr,   P.O. Box 191090,
              San Francisco, CA 94119-1090
8668327      Choice Visa,   P.O. Box 6420,   The Lakes, NV 88901-6420
8668328      Citi Cards,   P.O. Box 6419,   The Lakes, NV 88901-6419
8668329      Citibank (South Dakota) NA,   c/o Citibank/Choice,   Exception Payment Processing,   PO Box 6305,
              The Lakes, NV 88901-6305
8668331     +Grove Dental Associates P.C.,   406 West Boughton Rd. Suite B,   Bolingbrook, IL 60440-3701
8668332      Harlem Furniture,   P.O. Box 659704,   San Antonio, TX 78265-9704
8668333     +Kohl's,   P.O. Box 2983,   Milwaukee, WI 53201-2983
9634330    ++SMC,   PO BOX 19249,   SUGAR LAND TX 77496-9249
             (address filed with court: SMC,   c/o Carson Pirie Scott,   P O Box 19249,
              Sugar Land, TX 77496)
8668334      Sam's Club,   P.O. Box 105980, Dept. 77,   Atlanta, GA 30353-5980
8668335     +Sear,   Bankruptcy Recovery Dept.,   12201 Bluegrass Parkway,   Louisville, KY 40299-2361
8668336      Shell,   P.O. Box 790070,   Houston, TX 77279-9070
8668337      The Home Depot,   Bankruptcy Dept.,   P.O. Box 105981 Dept. 51,   Atlanta, GA 30353-5981
9806307     +World Financial Network National Bank,   Harlem Furniture,   c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
The following entities were served by electronic transmission on Aug 01, 2007.
8668323      Fax: 815-744-1905 Aug 01 2007 04:02:07      American General Finance,   2149 West Jefferson,
              Joliet, IL 60435-6621
8668330      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 01 2007 03:45:56      Discover,   P.O. Box 30395,
              Salt Lake City, UT 84130-0395
9562391      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 01 2007 03:45:56      Discover Bank,
              c/o Discover Financial Services,   P O Box 8003,   Hilliard, OH 43026
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc          Gloria Longest
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 02, 2007**              **Signature:** _Joseph Speetjens_