UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                          )
                                )
                                )
MARY DOUGLAS                    ) No. 04 B 41551
         Debtor.               ) Chapter 7
                                ) Honorable BRUCE W. BLACK
                                  (JOLIET)

TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE BRUCE W. BLACK
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A"

All checks have been cashed. The Form 2 is attached as Exhibit "B".

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

/s/ Michael G. Berland Trustee

Dated: 12/4//07

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>DOUGLAS, MARY | CHAPTER 7 CASE |
| | CASE NO. 04-41551 BL |
| | JUDGE Bruce W. Black(Joliet) |
| Debtor(s) | |

### DISTRIBUTION REPORT

I, <u>MICHAEL G. BERLAND</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 2,288.51 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 12,403.68 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 14,692.19 |

EXHIBIT 

**DISTRIBUTION REPORT**                                                                 **PAGE 1**

| 1. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 2. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 2,288.51 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| | MICHAEL G. BERLAND | 2,266.01 | 2,266.01 |
| | MICHAEL G. BERLAND | 22.50 | 22.50 |

| 3. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 4. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL    $ | 0.00 |

EXHIBIT A

DISTRIBUTION REPORT  PAGE 2

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |

EXHIBIT A

DISTRIBUTION REPORT PAGE 3

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 32,207.62 | 38.51% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Discover Bank | 8,259.06 | 3,180.71 |

EXHIBIT A

DISTRIBUTION REPORT                                                                     PAGE 4

| 2 | SMC | 1,386.36 | 533.91 |
| 3 | World Financial Network National Bank | 2,537.17 | 977.10 |
| 4 | Citibank (South Dakota) NA | 20,025.03 | 7,711.96 |
| | | TOTAL  $ | 12,403.68 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | Subordinated unsecured claims | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

EXHIBIT

**DISTRIBUTION REPORT**                                              **PAGE 5**

| 18. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

   WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: August 27, 2007             /s/Michael G. Berland
                                   MICHAEL G. BERLAND, Trustee


**EXHIBIT A**

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 04-41551 BL | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | DOUGLAS, MARY | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****81-65 - Money Market Account |
| Taxpayer ID #: | 13-7476430 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/04/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/12/05 | {2} | Joe Douglas | Payment of equity in residence pursuant to court order | 1110-000 | 15,000.00 | | 15,000.00 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 3.29 | | 15,003.29 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 6.52 | | 15,009.81 |
| 11/04/05 | 1001 | Gloria Longest | Payment of accountant pursuant to court order | 3410-000 | | 500.00 | 14,509.81 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 6.62 | | 14,516.43 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.26 | | 14,523.69 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 8.18 | | 14,531.87 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 7.81 | | 14,539.68 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 8.65 | | 14,548.33 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.21 | | 14,557.54 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.89 | | 14,567.43 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.58 | | 14,577.01 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.91 | | 14,586.92 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.91 | | 14,596.83 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.27 | | 14,606.10 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.24 | | 14,616.34 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.60 | | 14,625.94 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.29 | | 14,635.23 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.75 | | 14,644.98 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.29 | | 14,652.27 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.82 | | 14,660.09 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.08 | | 14,668.17 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.09 | | 14,676.26 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.57 | | 14,683.83 |
| | | | | Subtotals: | $15,183.83 | $500.00 | |

{} Asset reference(s)

Exhibit B

Printed: 12/04/2007 11:57 AM    V.9.55

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 04-41551 BL | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | DOUGLAS, MARY | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****81-65 - Money Market Account |
| Taxpayer ID #: | 13-7476430 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/04/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.36 | | 14,692.19 |
| 08/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 7.32 | | 14,699.51 |
| 08/29/07 | | To Account #********8166 | Transfer for purpose of final distribution | 9999-000 | | 14,699.51 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,199.51 | 15,199.51 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 14,699.51 | |
| | | | **Subtotal** | | 15,199.51 | 500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,199.51** | **$500.00** | |

{} Asset reference(s)

Printed: 12/04/2007 11:57 AM    V.9.55

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 04-41551 BL | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | DOUGLAS, MARY | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****81-66 - Checking Account |
| Taxpayer ID #: | 13-7476430 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/04/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/29/07 | | From Account #********8165 | Transfer for purpose of final distribution | 9999-000 | 14,699.51 | | 14,699.51 |
| 09/05/07 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $2,266.01, Trustee Compensation; Reference: | 2100-000 | | 2,266.01 | 12,433.50 |
| 09/05/07 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $22.50, Trustee Expenses; Reference: | 2200-000 | | 22.50 | 12,411.00 |
| 09/05/07 | 103 | Discover Bank | Dividend paid 38.53% on $8,259.06; Claim# 1; Filed: $8,259.06; Reference: | 7100-000 | | 3,182.58 | 9,228.42 |
| 09/05/07 | 104 | SMC | Dividend paid 38.53% on $1,386.36; Claim# 2; Filed: $1,386.36; Reference: | 7100-000 | | 534.22 | 8,694.20 |
| 09/05/07 | 105 | World Financial Network National Bank | Dividend paid 38.53% on $2,537.17; Claim# 3; Filed: $2,537.17; Reference: | 7100-000 | | 977.68 | 7,716.52 |
| 09/05/07 | 106 | Citibank (South Dakota) NA | Dividend paid 38.53% on $20,025.03; Claim# 4; Filed: $20,025.03; Reference: | 7100-000 | | 7,716.52 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,699.51 | 14,699.51 | $0.00 |
| | | | Less: Bank Transfers | | 14,699.51 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 14,699.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $14,699.51 | |

{} Asset reference(s)

Case 04-41551 Doc 36 Filed 12/04/07 Entered 12/04/07 12:29:42 Desc Main
Document Page 11 of 11

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case Number:** 04-41551 BL | **Trustee:** MICHAEL G. BERLAND (520196) |
| **Case Name:** DOUGLAS, MARY | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** \*\*\*-\*\*\*\*\*81-66 - Checking Account |
| **Taxpayer ID #:** 13-7476430 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 12/04/07 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*81-65 | 15,199.51 | 500.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*81-66 | 0.00 | 14,699.51 | 0.00 |
| | $15,199.51 | $15,199.51 | $0.00 |

{} Asset reference(s)  Printed: 12/04/2007 11:57 AM  V.9.55